PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

Name of Offender: Herbert S. Powell  Cr.:03-00187-04
PACTS Number: 36431

Name of Sentencing Judicial Officer: The Honorable John W. Bissell (The Honorable Jose L. Linares as reassigned)

Date of Original Sentence: 01/31/05

Original Offense: Conspiracy to Commit Bank Fraud and Bank Fraud

Original Sentence: 56 months imprisonment, 36 months of supervised release, financial disclosure, no new debt, mental health treatment, cooperation with Immigration and Customs Enforcement, $200 special assessment fee, and $25,703.15 restitution.

Type of Supervision: Supervised Release    Date Supervision Commenced: 02/08/10

## PETITIONING THE COURT

[ ]  To extend the term of supervision for    Years, for a total term of    Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The offender shall be allowed to make nominal payments towards his $13,626.36 restitution balance.

## CAUSE

Powell is pending deportation proceedings, and has not been granted work authorization.

Respectfully submitted, Maureen Kelly
By: Suzanne J. Golda
U.S. Probation Officer
Date: 09/05/12

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer
9/6/12